**2002–2095. Gentry v. Craycraft.**
Montgomery App. No. 19262, 2002-Ohio-5822.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–2236. State v. Harrold.**
Summit App. No. 21143, 2002-Ohio-6115. Discretionary appeal allowed; cause consolidated with 2003–0180, *State v. Harrold,* Summit App. No. 21143, 2002-Ohio-6115; causes held for the decision in 2002–0351 and 2002–0422, *State v. Comer,* Lucas App. No. L–99–1296, 2002-Ohio-233; and briefing schedule stayed.

**2003–0002. Maggiore v. Kovach.**
Stark App. No. 2002CA109, 2002-Ohio-6301. Discretionary appeal allowed and cause consolidated with 2003–0020, *Maggiore v. Kovach,* Stark App. No. 2002CA109, 2002-Ohio-6301.

F.E. SWEENEY and O'CONNOR, JJ., dissent.